IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DESHAWN GREEN,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5014

Opinion filed February 5, 2016.

An appeal from an order of the Circuit Court for Duval County.
James H. Daniel, Judge.

Deshawn Green, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED. Rivera v. Dep't of Health, 177 So. 3d 1, 3 (Fla. 1st DCA 2015) ("Now, under rule 9.420(a)(2), in order to receive the benefit of the mailbox rule, an inmate housed in an institution that has a system designed for handling legal mail which provides a way to record when the document was relinquished to institution officials for mailing, must use that system.")

OSTERHAUS, KELSEY, and WINOKUR, JJ., CONCUR.